# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3458
LT Case No. 2024-CF-004707-A

———————————————

BREON WADE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

May 2, 2025

PER CURIAM.

In this *Anders*[1] appeal, we affirm, without discussion,
Appellant's conviction for possession of a firearm by a convicted
felon and the sentence imposed. However, we remand with

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

directions for the trial court to correct the clerical error in the written judgment to show that Appellant's conviction is a second-degree felony,[2] and not a first-degree felony as currently reflected.

AFFIRMED; REMANDED with directions.

EDWARDS, C.J., and WALLIS and LAMBERT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

---

[2] *See* § 790.23(3), Fla. Stat. (2023).